1  PETER L. SIMON (CSB No. 178393)          JONATHAN HAYDEN (BAR NO. 104520)
   STEVEN J. BLEASDELL (CSB No. 191522)     TRACY SMITH TODD (BAR NO. 172884)
2  STEPHEN D. PERRY (CSB No. 213223)        AARON M. ARMSTRONG (BAR NO. 197301)
   BEYERS | COSTIN                          THOMAS S. KIMBRELL (BAR NO. 223068)
3  917 College Avenue                       HELLER EHRMAN WHITE & McAULIFFE LLP
   Post Office Box 878                       333 Bush Street
4  Santa Rosa, California  95402-0878       San Francisco, CA  94104-2878
   Telephone: 707.545.0142                  Telephone:  (415) 772-6000
5  Facsimile: 707.526.2746                  Facsimile:  (415) 772-6268

6  RICHARD C. RYBICKI (CSB No. 160096)      DEBORAH C. SAXE (BAR NO. 81719)
7  BRANDON R. BLEVANS (CSB No. 197281)      MATTHEW M. YU (BAR NO. 186807)
   RYBICKI & BLEVANS, LLP                   CINDI L. PUSATERI (BAR NO. 216899)
8  50 Old Courthouse Square; Suite 311      HELLER EHRMAN WHITE & McAULIFFE LLP
   Santa Rosa, CA 95404-4923                601 South Figueroa Street
9  Telephone: 707. 524.7000                 Los Angeles, CA  90017-5758
   Facsimile: 707.546.6800                  Telephone:  (212) 689-0200
                                            Facsimile:  (213) 614-1868
10
   Attorneys for Plaintiffs                 Attorneys for Washington Mutual
11 WILLIAM BARNETT, et al.                  WASHINGTON MUTUAL BANK, FA, and
                                            WASHINGTON MUTUAL, INC.
12

13                        UNITED STATES DISTRICT COURT
14                       NORTHERN DISTRICT OF CALIFORNIA

15
   WILLIAM BARNETT,  et al.,               CASE NO.  C 03-0753 CRB
16                                          [AND RELATED CASES]
                        Plaintiffs,
17                                          **STIPULATION AND ORDER RE:**
      vs.                                   **DISMISSAL**
18
   WASHINGTON MUTUAL BANK, FA, DIME
19 BANCORP, INC. and DOES 1- 10, inclusive,

20                      Defendants.

21

22        The parties hereby stipulate that the following matters are hereby dismissed with prejudice by

23 all of the plaintiffs, except as set forth below:

24        1.    *Barnett, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-0753 CRB

25        2.    *Nguyen v. Washington Mutual Bank, FA et al,* Case No. C-03-0943

26        3.    *Bednarz, et al v. Washington Mutual Bank, FA et al,* Case No. C-03-1446

27        4.    *Breisacher, et al v. Washington Mutual Bank, FA et al,* Case No. C-03-2007

28

STIPULATION FOR DISMISSAL
C 03-0753 CRB [and related cases]

1    5.    *Duffield, et al v. Washington Mutual Bank, FA et al,* Case No. C-03-2853

2    6.    *Delfino, et al v. Washington Mutual Bank, FA et al,* Case No. C-03-3239

3    7.    *Rivera v. Washington Mutual Bank, FA et al*, Case No. C-03-3317

4    8.    *Ryseff, et al v. Washington Mutual Bank, FA et al,* Case No. C-03-3533

5    9.    *Young, et al. v. Washington Mutual Bank, FA, et al.,* Case No. C-03-4278 (dismissed as to Roger Laforge only); and

6    10.   *Souza v. Washington Mutual Bank, FA, et al.,* Case No. C-03-4351

7    Pursuant to a settlement, all parties are bearing their own costs and fees.

8    Case No. C-03-4278, *Young, et al. v. Washington Mutual Bank, FA, et al,* to the extent it relates to Kristen Young (a loan processor), is not dismissed and should be joined with *Smith, et al. v. Washington Mutual Bank, FA, et al.,* Case No. C-03-5050 for all purposes, including trial.

Respectfully submitted,

Dated:  April 22, 2005

BEYERS | COSTIN

/s/ *Peter L. Simon*

By:_____
PETER L. SIMON
Attorneys for Plaintiffs
WILLIAM BARNETT, et al.
(except Sannar and Huisking)

Dated:  April 22, 2005              HELLER EHRMAN WHITE & MCAULIFFE LLP

/s/ *Thomas S. Kimbrell*

By:_____
THOMAS S. KIMBRELL
Attorneys for Defendants
WASHINGTON MUTUAL BANK, FA, et al.

2

**[PROPOSED] ORDER**

This Court having considered the above stipulation hereby orders as follows:

1.      The following matters are dismissed with prejudice:

         *Barnett, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-0753 CRB

         *Nguyen v. Washington Mutual Bank, FA et al,* Case No. C-03-0943

         *Bednarz, et al v. Washington Mutual Bank, FA et al,* Case No. C-03-1446

         *Breisacher, et al v. Washington Mutual Bank, FA et al,* Case No. C-03-2007

         *Duffield, et al v. Washington Mutual Bank, FA et al,* Case No. C-03-2853

         *Delfino, et al v. Washington Mutual Bank, FA et al,* Case No. C-03-3239

         *Rivera v. Washington Mutual Bank, FA et al*, Case No. C-03-3317

         *Ryseff, et al v. Washington Mutual Bank, FA et al,* Case No. C-03-3533

         *Young, et al. v. Washington Mutual Bank, FA, et al.,* Case No. C-03-4278 (dismissed as to Roger Laforge only); and

         *Souza v. Washington Mutual Bank, FA, et al.,* Case No. C-03-4351

2.      All parties to bear their own costs and fees.

3.      Case No. C-03-4278, *Young, et al. v. Washington Mutual Bank, FA, et al.,* to the extent it relates to Kristen Young (a loan processor), is hereby joined with *Smith, et al. v. Washington Mutual Bank, FA, et al.,* Case No. C-03-5050 for all purposes, including trial.

IT IS SO ORDERED.

Dated: _____                   _____

                                             Honorable Charles R. Breyer