PETER L. SIMON (CSB No. 178393)
STEVEN J. BLEASDELL (CSB No. 191522)
STEPHEN D. PERRY (CSB No. 213223)
BEYERS | COSTIN
917 College Avenue
Post Office Box 878
Santa Rosa, California 95402-0878
Telephone: 707.545.0142
Facsimile: 707.526.2746

RICHARD C. RYBICKI (CSB No. 160096)
BRANDON R. BLEVANS (CSB No. 197281)
RYBICKI & BLEVANS, LLP
50 Old Courthouse Square; Suite 311
Santa Rosa, CA 95404-4923
Telephone: 707.524.7000
Facsimile: 707.546.6800

Attorneys for Plaintiffs
WILLIAM BARNETT, et al.

JONATHAN HAYDEN (BAR NO. 104520)
TRACY SMITH TODD (BAR NO. 172884)
AARON M. ARMSTRONG (BAR NO. 197301)
THOMAS S. KIMBRELL (BAR NO. 223068)
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

DEBORAH C. SAXE (BAR NO. 81719)
MATTHEW M. YU (BAR NO. 186807)
CINDI L. PUSATERI (BAR NO. 216899)
HELLER EHRMAN WHITE & McAULIFFE LLP
601 South Figueroa Street
Los Angeles, CA 90017-5758
Telephone: (212) 689-0200
Facsimile: (213) 614-1868

Attorneys for Washington Mutual
WASHINGTON MUTUAL BANK, FA, and
WASHINGTON MUTUAL, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARNETT, et al.,<br><br>Plaintiffs,<br>vs.<br><br>WASHINGTON MUTUAL BANK, FA, DIME BANCORP, INC. and DOES 1- 10, inclusive,<br><br>Defendants. | CASE NO. C 03-0753 CRB<br>[AND RELATED CASES]<br><br>**STIPULATION AND ORDER RE: DISMISSAL** |

The parties hereby stipulate that the following matters are hereby dismissed with prejudice by all of the plaintiffs, except as set forth below:

1. *Barnett, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-0753 CRB

2. *Nguyen v. Washington Mutual Bank, FA et al*, Case No. C-03-0943

3. *Bednarz, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-1446

4. *Breisacher, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-2007

1

5.  *Duffield, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-2853

6.  *Delfino, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-3239

7.  *Rivera v. Washington Mutual Bank, FA et al*, Case No. C-03-3317

8.  *Ryseff, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-3533

9.  *Young, et al. v. Washington Mutual Bank, FA, et al.*, Case No. C-03-4278 (dismissed as to Roger Laforge only); and

10. *Souza v. Washington Mutual Bank, FA, et al.*, Case No. C-03-4351

Pursuant to a settlement, all parties are bearing their own costs and fees.

Case No. C-03-4278, *Young, et al. v. Washington Mutual Bank, FA, et al.*, to the extent it relates to Kristen Young (a loan processor), is not dismissed and should be joined with *Smith, et al. v. Washington Mutual Bank, FA, et al.*, Case No. C-03-5050 for all purposes, including trial.

Respectfully submitted,

Dated: April 22, 2005

BEYERS | COSTIN

By: /s/ *Peter L. Simon*
_____
PETER L. SIMON
Attorneys for Plaintiffs
WILLIAM BARNETT, et al.
(except Sannar and Huisking)

Dated: April 22, 2005

HELLER EHRMAN WHITE & MCAULIFFE LLP

By: /s/ *Thomas S. Kimbrell*
_____
THOMAS S. KIMBRELL
Attorneys for Defendants
WASHINGTON MUTUAL BANK, FA, et al.

2

STIPULATION FOR DISMISSAL
C 03-0753 CRB [and related cases]

### [PROPOSED] ORDER

This Court having considered the above stipulation hereby orders as follows:

1. The following matters are dismissed with prejudice:

    *Barnett, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-0753 CRB

    *Nguyen v. Washington Mutual Bank, FA et al*, Case No. C-03-0943

    *Bednarz, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-1446

    *Breisacher, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-2007

    *Duffield, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-2853

    *Delfino, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-3239

    *Rivera v. Washington Mutual Bank, FA et al*, Case No. C-03-3317

    *Ryseff, et al v. Washington Mutual Bank, FA et al*, Case No. C-03-3533

    *Young, et al. v. Washington Mutual Bank, FA, et al.*, Case No. C-03-4278 (dismissed as to Roger Laforge only); and

    *Souza v. Washington Mutual Bank, FA, et al.*, Case No. C-03-4351

2. All parties to bear their own costs and fees.

3. Case No. C-03-4278, *Young, et al. v. Washington Mutual Bank, FA, et al.*, to the extent it relates to Kristen Young (a loan processor), is hereby joined with *Smith, et al. v. Washington Mutual Bank, FA, et al.*, Case No. C-03-5050 for all purposes, including trial.

IT IS SO ORDERED.

Dated: April 25, 2005



_____
Honorable Charles R. Breyer

STIPULATION FOR DISMISSAL
C 03-0753 CRB [and related cases]